UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
JUL 11 2014
Clerk, U.S. District and
Bankruptcy Courts

Lonay Sharday Newkirk, )
)
Plaintiff, )
)
v. ) Civil Action No. 14-1169
)
Mr. Raspberry et al., )
)
Defendants. )
)

MEMORANDUM OPINION

This matter is before the Court on plaintiff's *pro se* complaint and application to proceed *in forma pauperis*. The Court will grant the plaintiff's application and dismiss the complaint for lack of subject matter jurisdiction.

The subject matter jurisdiction of the federal district courts is limited and is set forth generally at 28 U.S.C. §§ 1331 and 1332. Under those statutes, federal jurisdiction is available only when a "federal question" is presented or the parties are of diverse citizenship and the amount in controversy exceeds $75,000. A party seeking relief in the district court must at least plead facts that bring the suit within the court's jurisdiction. *See* Fed. R. Civ. P. 8(a). Failure to plead such facts warrants dismissal of the action. *See* Fed. R. Civ. P. 12(h)(3).

Plaintiff is a District of Columbia resident suing three individuals who appear to work at a program based in the District of Columbia. Plaintiff accuses one defendant of sexual harassment; she does not allege that the other two individuals engaged in misconduct. Other than stating "HELP," Compl. at 2, plaintiff has not demanded any relief. The complaint presents

1

neither a federal question nor a basis for diversity jurisdiction. Hence, this case will be dismissed without prejudice. A separate Order accompanies this Memorandum Opinion.

/s/ Gladys Kessler
United States District Judge

DATE: July 9, 2014